IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| COLYNNE MANNING, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3257 |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNAL MEDICAL ASSOCIATES OF GRAND ISLAND, P.C., | ) ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The parties' oral motion to reschedule the Pretrial Conference, and to hold it telephonically is granted.

2   A telephonic Pretrial Conference will be held on May 19, 2010 at 1:30 p.m. Counsel for the plaintiff shall place the conference call.

DATED this 4th day of May, 2010.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge